UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARQUIS JAVET MCINTYRE #559204     CIVIL ACTION NO. 20-cv-1513

VERSUS     JUDGE ELIZABETH E. FOOTE

CLAIBORNE PARISH DETENTION CENTER, ET AL.     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that defendant Bennie Holyfield's Motion for Summary Judgment (Doc. 23) is granted and that all claims against Holyfield and the Claiborne Parish Detention Center are dismissed with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 14th day of December, 2021.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE